# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **Concerned Household Electricity Consumers Council,**  **Petitioners,**  v.  **United States Environmental Protection Agency,**  **Respondent** | Case No.  22-1140 |

## PETITION FOR REVIEW

The FAIR Energy Foundation, Inc. hereby petitions the Court for review of the Denial of Petitions Relating to the Endangerment and Cause or Contribute Findings for Greenhouse Gases issued by Respondent United States Environmental Protection Agency, and published in the Federal Register on April 29, 2022, at 87 Fed. Reg. 25412.

Respectfully submitted, this 28th day of June, 2022.

- 2 -

        **CALDWELL, CARLSON, ELLIOTT & DELOACH, LLP**

        /s/ Harry W. MacDougald
        Georgia Bar No. 463076
        hmacdougald@ccedlaw.com

        *Counsel for Concerned Household Electricity Consumers Council*

CALDWELL, CARLSON, ELLIOTT & DELOACH, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
(404) 843-1956 – Telephone
(404) 843-2737 – Facsimile

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that I have on this day e-filed the foregoing *Petition for Review* with the Clerk of Court using the CM/ECF system, and by regular mail to the following:

Michael S. Regan, Administrator
U.S. Environmental Protection Agency
Mail /Code 1101A
1200 Pennsylvania Ave. NW
Washington  DC 20004

U.S. Environmental Protection Agency
Associate General Counsel for the Air
and Radiation Law Office
Mail Code 2310A
1200 Pennsylvania Ave. NW
Washington  DC 20004

This 28th day of June, 2022.

/s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

CALDWELL, CARLSON, ELLIOTT & DELOACH, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346